**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                        (State)

Case number (*If known*): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Schiff Fine Art, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

SFA Advisory

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

**Principal place of business**

249 1/2 East 13th Street
Number    Street

_____

New York         NY     10013
City             State  ZIP Code

New York
County

**Mailing address, if different**

_____
Number    Street

P.O. Box _____

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

c/o Doug Pick (ABC) (Pick & Zbicki LLP)
Number    Street

369 Lexington Ave., 12th Floor

New York         NY     10017
City             State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor ___Schiff Fine Art, LLC_____    Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No |
| | | ☒ Yes. Debtor __Lisa Schiff_____ Relationship __Owner of Schiff Fine Art__ |
| | | District __SDNY`__ Date filed __1/4/2024__ Case number, if known __24-10010-dsj__ |
| | |                        MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                        MM / DD / YYYY |

**Part 3:**    **Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  **Schiff Fine Art, LLC**
Name

Case number (*if known*) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Candace Barasch | Stolen money / artwork | $ 5,598,945.97 |
| Adam Sheffer and Richard Grossman | Stolen money / artwork | $ 1,025,000.00 |
| Lauren Schor | Stolen money / artwork | $ 249,849.63 |
| | Total of petitioners' claims | $ 6,873,795.60 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Candace Barasch
Name

1185 Park Avenue, Apt. 12A
Number   Street

New York                NY         10128
City                    State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/09/2024
              MM / DD / YYYY

✗   */s/ Candace Barasch*
Signature of petitioner or representative, including representative's title

**Attorneys**

Wendy Lindstrom, Esq.
Printed name

Mazzola Lindstrom LLP
Firm name, if any

1350 Avenue of the Americas, 2nd Fl.
Number   Street

New York              NY         10019
City                  State      ZIP Code

Contact phone  646.216.8440   Email Wendy@mazzolalindstrom.com

Bar number   3008752

State   NY

✗   */s/ Wendy Lindstrom*
Signature of attorney

Date signed   01/09/2024
              MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor  Schiff Fine Art, LLC
        Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Adam Sheffer and Richard Grossman
Name

37 West 12th Street #10C
Number    Street

New York         NY         10011
City             State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/09/2024
             MM / DD / YYYY

✘  /s/ Adam Sheffer /s/s Richard Grossman
Signature of petitioner or representative, including representative's title

---

Wendy Lindstrom, Esq.
Printed name

Mazzola Lindstrom LLP
Firm name, if any

1350 Avenue of the Americas, 2nd Fl.
Number    Street

New York         NY         10019
City             State      ZIP Code

Contact phone  646.216.8440    Email Wendy@mazzolalindstrom.com

Bar number  3008752

State  NY

✘  /s/ Wendy Lindsrtrom
Signature of attorney

Date signed  01/09/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Lauren Schor
Name

154 East 78th Street
Number    Street

New York         NY         10075
City             State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/09/2024
             MM / DD / YYYY

✘  /s/ Lauren Schor
Signature of petitioner or representative, including representative's title

---

Wendy Lindstrom, Esq.
Printed name

Mazzola Lindstrom LLP
Firm name, if any

1350 Avenue of the Americas, 2nd Fl.
Number    Street

New York         NY         10019
City             State      ZIP Code

Contact phone  646.216.8440    Email Wendy@mazzolalindstrom.com

Bar number  3008752

State  NY

✘  /s/ Wendy Lindstrom
Signature of attorney

Date signed  01/09/2024
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4