**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Deborah J. Piazza, Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Michael Z. Brownstein, Esq.
Jill Makower, Esq.
mbrownstein@tarterkrinsky.com
jmakower@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

SCHIFF FINE ART, LLC,

     Debtor.
---------------------------------------------------------------x

Chapter 7

Case No. 24-10039 (DSJ)

## NOTICE OF STATUS HEARING

  **PLEASE TAKE NOTICE,** that a status hearing in the above-captioned Chapter 7 case shall be held on **May 7, 2024 at 10:00 a.m.** (the "Hearing"), and will be held via Zoom for Government[1] before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: New York, New York
   April 9, 2024

            **TARTER KRINSKY & DROGIN LLP**
            *Proposed Attorneys for Deborah J. Piazza,*
            *Chapter 7 Trustee*

            By: */s/ Jill Makower*
              Michael Z. Brownstein, Esq.
              Jill Makower, Esq.
              1350 Broadway, 11th Floor
              New York, New York 10018
              (212) 216-8000
              mbrownstein@tarterkrinsky.com
              jmakower@tarterkrinsky.com

---

[1] Any party who wishes to appear at the Zoom Hearing, whether making a "live" or "listen only" appearance before the Court, needs to register by May 6, 2024 at 4:00 p.m. an electronic appearance by going to **https://www.nysb.uscourts.gov/content/judge-david-s-jones** The Court will use the email provided through such electronic appearance to send through Outlook an invitation to the registered party for the Hearing. Please see Judge Jones' aforesaid chambers page on the Court website for more information.

091686\1\170684973.v1