**Fill in this information to identify the case:**

Debtor name **Schiff Fine Art LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **24-10039**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 15, 2024**     x *Lisa Schiff*
Signature of individual signing on behalf of debtor

**Lisa Ann Schiff**
Printed name

**President**
Position or relationship to debtor

On May 15, 2023 (the "Assignment Date"), Schiff Fina Art, LLC executed an assignment for the benefit of creditors. The information contained in these Schedules are accurate as of the Assignment Date and Lisa Schiff does not make any representations as to SFA's assets subsequent to the Assignment Date.

| Fill in this information to identify the case: |  |
|---|---|
| Debtor name | **Schiff Fine Art LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **24-10039** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **City National Bank** | **Checking** | **0656** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                           | $0.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

13. Does the debtor own any investments?

■ No.  Go to Part 5.

| Debtor | **Schiff Fine Art LLC** | Case number *(If known)* **24-10039** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale Art, Design, Books (See Attached) | | $0.00 | | $0.00 |
| 22. | Other inventory or supplies Office Equipment | | $0.00 | | $0.00 |

| 23. | **Total of Part 5.** | | $0.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture Desks, lights, chairs | $0.00 | | $0.00 |

Debtor  **Schiff Fine Art LLC**  Case number *(If known)* **24-10039**
Name

| 40. | Office fixtures Built in bookshelves and seating and desk area and storage | $0.00 | | $0.00 |
|---|---|---|---|---|

| 41. | Office equipment, including all computer equipment and communication systems equipment and software laptops, servers, security, speakers | $0.00 | | $0.00 |
|---|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

|  | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:  Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:  Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** SFA-Advisory | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 3

Debtor   **Schiff Fine Art LLC**                                            Case number *(If known)*  **24-10039**
Name

| **Mailing List** | **$0.00** | **Unknown** |
| --- | --- | --- |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**                                                                                          **$0.00**

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Schiff Fine Art LLC**                                        Case number *(If known)*  **24-10039**
            Name

---

<div style="background:#ccc">Part 12:</div>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                     $0.00

---

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | 20th C Modern Italian Mirror with brass | $ 2,899.00 | PICKED UP BY ASSIGNEE |
| SFA | Adrian Berg, Stourhead, 1992, painting, 47 x 96 | $ 82,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Adrian Berg, First Lake, Sheffield Park Gardens, 2001, paper, 18 x 24 | $ 7,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Agnes Studio, table with volcanic stone from Guatemala, 2019, 96 x 36 x 30 | $ 10,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Albert Sunjoon Weaver 4 x paintings | $ 3,800.00 | DAX |
| SFA | Albert Sunjoon Weaver, Untitled, 2017, 12 x 12, painting | $ 450.00 | DAX |
| SFA | Alessandra Risi, Desierto 2, 3, 4, 5, 6, 7, 9, 10 matches, 2023, 1 x 2 x 1 each/9 | $ 640.00 | PICKED UP BY ASSIGNEE |
| SFA | Alex da Corte, Blue Pencil, 2019, paper, 18 x 14 | $ 9,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Alex Israel, 2015, hand and feet, ed 10 | $ - | DAX |
| SFA | Alex Israel, 2015, SPF 18, sculpture, (head) | $ - | DAX |
| SFA | Alex Israel, 2016, SPF 18, sculpture (head) | $ 50,000.00 | Uovo |
| SFA | Alex Israel, As it Lays, 2012, video | $ 8,500.00 | DAX |
| SFA | Alex Israel, Ferris Beuller's Day Off, 2014, print, 24 x 18, ed 100 | $ 214.66 | DAX |
| SFA | Alex Israel, The Big Chill, 2012/13, marble, ed 20 | $ 2,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Alex Israel, Willy Wonka, 2019, 18 x 14 each (5), ed. 20 | $ 19,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Alissa Baremboym, Lox, 2010, painting, 72 x 58 | $ 4,000.00 | Uovo |
| SFA | Allen Ruppersberg, 2020, print, 31 x 40 | $ 500.00 | PICKED UP BY ASSIGNEE |
| SFA | Allesandro Albrizzi, Vintage Ice Bucket | $ 600.00 | PICKED UP BY ASSIGNEE |
| SFA | Amalia Ullman, Privilege, 2016, photo, 39 x 39, ed 2 | $ 8,000.00 | DAX |
| SFA | Andre Ethier, Untitled (fig with sword), 2005, painting, 20 x 16 | $ 1,200.00 | Uovo |
| SFA | Andre Ethier, Untitled (jungle), 2006, painting, 16 x 12 | $ 1,200.00 | PICKED UP BY ASSIGNEE |
| SFA | Andrea Crespo, Phase IV, 2015, print, 26 x 21 ed 3 | $ 2,194.00 | Uovo |

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Angela Dufresne, painting, 18 x 14 | $ 2,000.00 | Uovo |
| SFA | Angela Dufresne, smoker, paper | | Uovo |
| SFA | Anicka Yi, Secession, 2020, painting, 30 x 24 | $ 40,000.00 | DAX |
| SFA | Ann Craven, Moon (Rising Full...), 2021, painting, 24 x 18 | $ 13,600.00 | PICKED UP BY ASSIGNEE |
| SFA | Ann Craven, Pink Canary, 2018, painting, 90 x 72 | $ 47,500.00 | Karma Gallery |
| SFA | Ann Craven,Sunset Black Eyed Susan, 2020, painting, 24 x 18 | $ 13,600.00 | PICKED UP BY ASSIGNEE |
| SFA | Anna Valdez, 2022, ceramic, 10 x 8 | $ 4,050.00 | PICKED UP BY ASSIGNEE |
| SFA | Anne Collier, 2020, photo, 60 x 46, ed. 5 | $ 28,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Arnold Kemp, 2021, painting, 69 x 69 | $ 17,000.00 | Uovo |
| SFA | Arthur Umanoff, c.1950, Bar Cart | $ 2,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Arts & Crafts Occassional tables in the Moorish Taste with Bone inlay x 2 | $ 3,057.00 | PICKED UP BY ASSIGNEE |
| SFA | Ashley Hicks, 2018, sculpture, 92 x 16 x 16 | $ 20,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Atticus Wakefield, 2021, painting, 72 x 72 | $ 6,530.00 | DAX |
| SFA | Audun Alvestad, I Doubt I'll Find One Like That..., 2021, painting, 59 x 47 | $ 12,234.15 | Uovo |
| SFA | Audun Alvestad,We're not here for long, 2021, painting, 59 x 47 | $ 12,234.15 | Uovo |
| SFA | Avery Singer, 2014, print, 22 x 17 | $ 250.00 | Phillips |
| SFA | Axel Einar Hjorth, 1930, 2 x chairs, | $ 9,400.00 | PICKED UP BY ASSIGNEE |
| SFA | Axel Einar Hjorth, 1930s,4 x chairs, 31 x 17 | $ 5,600.00 | PICKED UP BY ASSIGNEE |
| SFA | B.Wurtz, 2012/13, sculpture, 36 x 13 | $ 6,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Barbara Kruger, 2019, stool x 3, 15 x 17, ed 600 | $ 900.00 | DAX |
| SFA | Barbara Kruger, 2020, porcelain vase, 10 x 4 x 4 | $ 2,731.00 | DAX |
| SFA | Ben Asher, 1980s, paper, 7 x7 | $ 350.00 | Uovo |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Ben Quilty, The Easter Bunny, 2018, painting, 104 x 79 | $ 42,500.00 | Uovo |
| SFA | Benjamin Carlson, Untitled, 2015, painting, 15 x 11 | $ 2,400.00 | DAX |
| SFA | Benjamin Horns, Untitled, 2014, painting, 72 x 48 | $ 5,500.00 | Uovo |
| SFA | Bernadette Corp, 2010, edition | $ 1,800.00 | Uovo |
| SFA | Bernadette Corp, 2012, photo, 26 x 50, ed 3 | $ 17,431.00 | DAX |
| SFA | Bill Adams, Black Bob, paper | $ 924.00 | Uovo |
| SFA | Bill Adams, Ruffian, painting | $ 3,100.00 | Uovo |
| SFA | Blake Rayne, painting, 2007, 44 x 33 | $ 13,850.00 | Uovo |
| SFA | Brian Calvin, Rubber Room, 2017/19, drawing, 11 x 8 | $ 3,150.00 | PICKED UP BY ASSIGNEE |
| SFA | Brian Calvin, Untitled, 2018, paper, 10 x 13 | $ 2,700.00 | DAX |
| SFA | Caitlin Macbride, 2012, painting, 25 x 22 | $ 2,050.00 | DAX |
| SFA | Calla Henkel/Max Pitegoff, Marlie, Berlin, Spring, 2013, photo, 40 x 32 (2), ed 5 | $ 2,771.00 | DAX |
| SFA | Calla Henkel/Max Pitegoff, Team Europe, 2013, photo, 40 x 32 , ed 5 | $ 2,771.00 | Uovo |
| SFA | Calvin Marcus, Untitled (Face Etchings) 2015, print, 11 x 10 each (set of 6), ed 5 | $ 9,000.00 | Kordansky |
| SFA | Carl Aubock, cocktail set | $ 1,699.00 | PICKED UP BY ASSIGNEE |
| SFA | Carl Aubock, straw holder | $ 780.00 | PICKED UP BY ASSIGNEE |
| SFA | Carroll Dunham, Untitled, 2010, drawing, 15 x 12 | $ 2,700.00 | DAX |
| SFA | Catherine Mulligan, Blonde, 2021, painting, 10 x 7 | $ 2,550.00 | PICKED UP BY ASSIGNEE |
| SFA | Catherine Mulligan, Redhead, 2021, painting, 30 x 19 | $ 5,950.00 | PICKED UP BY ASSIGNEE |
| SFA | Catherine Mulligan, Untitled, 2020, painting, 10 x 9 | $ 990.00 | PICKED UP BY ASSIGNEE |
| SFA | Cecily Brown, Nana, 2022, print, 20 x 16, ed 100 | $ 1,000.00 | Texte Zur Kunste |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Channing Hansen, Algo 54, 2014, textile, 47 x 35.5" | $ 8,550.00 | DAX |
| SFA | Chris Beeston, Lamp 7, 2021, light, 5 x 6 x 7 | $ 1,200.00 | PICKED UP BY ASSIGNEE |
| SFA | Chris Wolston, Blue Metallic Plant Chair, 2017 - consigned in from Patrick Parrish | $ - | DAX |
| SFA | Chris Wolston, Condesa Plant Chair, 2017, chair | $ 12,000.00 | DAX |
| SFA | Chris Wolston, Mini Plant Chair, 2018 - consigned in from Patrick Parrish | $ - | PICKED UP BY ASSIGNEE |
| SFA | Christiana Soulou, Les voleurs des oles, 2005, drawing, 17 x 13 | $ 4,114.00 | DAX |
| SFA | Christopher Culver,Empty House,  2020, paper, 42 x 24 | $ 4,250.00 | PICKED UP BY ASSIGNEE |
| SFA | Chuck Nanny, Mauve Decade, 2021, painting, 13 x 13 | $ 8,000.00 | DAX |
| SFA | Claudia Comte, Bumpy Grumpy, 2013, sculpture, 22 x 18 x 6 | $ 4,950.00 | Uovo |
| SFA | Claudia Comte, Sculpture Object 30 and Back to the Future, 2014, Sculpture & Painting | $ 22,500.00 | Uovo |
| SFA | Claudia Fernandez, 2020, set of 9 paintings | $ 20,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Coco Young,Bathers,  2020, painting 45 x 64 | $ 8,100.00 | DAX |
| SFA | Cole Sternberg, 2015, painting, 72 x 96 | $ 28,000.00 | DAX |
| SFA | Cory Arcangel, 2013/14, record, 12  x 12 | | DAX |
| SFA | Corydon Cowansage, 2022, painting, 60 x 48 | $ 14,400.00 | Kaufmann Repetto Gallery or PICKED UP BY ASSIGNEE Street |
| SFA | Damien Hirst, For Mr. D. (Spin drawing), 2001, pencil on paper, 15 x 12 | $ 7,075.20 | DAX |
| SFA | Damien Hirst, Untitled (High 3/Skull and Crossbone), 2003, pen on paper, 10 1/2 x 8 1/2 | $ 6,721.44 | DAX |
| SFA | Dan Halterm mappa del mondo, 2011 | $ 25,000.00 | Uovo |
| SFA | Dana Powell, Spirals, 2018, painting, 13 x 11 | $ 1,800.00 | DAX |
| SFA | Daniel Boccato, heiksface, 2018, sculpture, 51 x 90 x 14 | $ 15,000.00 | Uovo |
| SFA | Daniel Boccato, parrotpainting, 2018, painting, 13 x 10 | $ 1,800.00 | Uovo |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Danny McDonald, 2015, sculpture, 10 x 6 x 4 | $ 9,500.00 | DAX |
| SFA | Darren Bader, Prototype III, 2007 | $ 10,000.00 | Uovo |
| SFA | Dave Miko, TBD, 2012, 4 x 4" | $ 900.00 | DAX |
| SFA | David Horvitz, 2012, prints, ed 10 | $ 5,387.00 | PICKED UP BY ASSIGNEE |
| SFA | David Nakabayashi, 2016, painting, 36 x 36 | $ 3,000.00 | DAX |
| SFA | Dennis Hopper, Double Standard, 2017, photo, 14 x 18, ed 10 | $ 4,050.00 | DAX |
| SFA | Derek Fordjour, Magic, Mystery, Legerdemain, 2022, print, 40 x 27 | $ 6,000.00 | Uovo |
| SFA | Dexter Sinister, Black Whisky (2 shares), print | $ 440.00 | Uovo |
| SFA | DIS, Image Life, 2016, photo, 64 x 51, ed 5 | $ 6,000.00 | DAX |
| SFA | Dora Budor, Dirt is Just a Matter of Place, 2014, painting, 36 x 22 | $ 3,500.00 | DAX, UOVO, or never picked up |
| SFA | Drew Heitzler, Untitled (Brando),2010, paper, 32 x 24 | $ 2,240.00 | Uovo |
| SFA | Eddie Ruscha, Untitled (Skull through Rolls II), 2008, paper, 22 x 32 | $ 1,700.00 | Uovo |
| SFA | Eero Arnio, 1965, chair | $ 6,000.00 | DAX |
| SFA | Ei Arakawa, Moon As A Performer, 2018, mixed media, 70 x 57 | $ 18,000.00 | DAX |
| SFA | Eileen Myles, We're going to monte alban, 2016, photo, 24 x 18 | $ 1,600.00 | DAX |
| SFA | Elaine Cameron-Weir, For Make Admit This Voic, 2017, sculpture, 16 x 6 x 57 | $ 18,000.00 | DAX |
| SFA | Elaine Cameron-Weir, Threshold 3, 2016, sculpture | $ 22,500.00 | Uovo |
| SFA | Elaine Cameron-Weir, Untitled, 2018, painting, 36 x 63 x 7 | $ 22,500.00 | DAX |
| SFA | Ele D'Artagnan, 1977, nailpolish paper, 9.25 x 13.25 | ? | Uovo |
| SFA | Elias Hansen, It's going to get colder, 2012, sculpture, | $ 9,000.00 | Uovo |
| SFA | Elizabeth Peyton, Spring Snow, ed. 34 of 99, book with drawings by Peyton | $ - | PICKED UP BY ASSIGNEE |
| SFA | Elizabeth Peyton, Timothy/Ello, 2019, print, 21 x 17 | $ 4,800.00 | PICKED UP BY ASSIGNEE |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Ella Krugluyanskaya, Untitled (Woman painting woman), 2012, 23 1/2 x 18 | $ 2,700.00 | Uovo |
| SFA | Ella Kruglyanskay, Untitled, 2012, 16 3/4 x 12 1/2 | $ 1,125.00 | DAX |
| SFA | Ella Kruglyanskaya, White Columns, 2015, 44 x 30, ed 50 | $ 750.00 | Uovo |
| SFA | Ella Kruglyanskaya, Untitled (Bather), 2011, 14 3/4 x 19 1/2 | $ 2,250.00 | Uovo |
| SFA | Ella Kruglyanskaya, Untitled (Cowgirls) | $ 2,250.00 | DAX |
| SFA | Ella Kruglyanskaya, Untitled (drawing for Lemon and Lips), 2012, | $ 2,925.00 | DAX |
| SFA | Ella Kruglyanskaya, Untitled (Hammock Girls) 2014, drawing, 15 x 21 | $ 2,250.00 | DAX |
| SFA | Ella Kruglyanskaya, Untitled (Woman reading book), 2014, 22 3/4 x 14 1/4 | $ 2,250.00 | Uovo |
| SFA | Ella Kruglyanskaya, Untitled, 2010, 22 x 16 | $ 2,475.00 | DAX |
| SFA | Ella Kruglyanskaya, Untitled, 2011, 12 x 16 | $ 1,800.00 | Uovo |
| SFA | Ella Kruglyanskaya, Untitled, 2012, 27 x 21 | $ 1,575.00 | DAX |
| SFA | Elliott Hundley, 2006, Anka painting, 44 x 77 | $ 5,000.00 | Uovo |
| SFA | Ellott Hundley, Anne as Agave, 2010, phto, 13 x 11 | $ 1,350.00 | DAX |
| SFA | Emily Sunblad, Happy Birthday, 2022, painting, 10 x 8 | $ 5,850.00 | PICKED UP BY ASSIGNEE |
| SFA | Emily Sunblad, Untitled (A Few Women...) 2011, painting, 38 x 32 | $ 6,750.00 | DAX |
| SFA | Eric Oglander, Shirt Pocket, 2021, , 7 x 6 | $ 1,080.00 | PICKED UP BY ASSIGNEE |
| SFA | Ettore Sottsass, 1973, Coatrack with umbrella stand | $ 2,250.00 | PICKED UP BY ASSIGNEE |
| SFA | Eugenie Apostolou, Disembodiement (1), 2012, painting x 2, 20 x 20 | $ 2,500.00 | DAX |
| SFA | Eugenie Apostolou, Disembodiement (2), 2012, painting, 20 x 20 | $ 3,514.50 | DAX |
| SFA | Famakan Magassa, Au Bout du Comte, 2021, painting, 67 x 61 | $ 8,100.00 | Uovo |
| SFA | Fernando & Humberto Campana, Bolotas Armchair, (Amarelo) 2021, 41 x 43 x 33 | $ 40,000.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Frances Palmer, Egyptian Vase, 2021, white earthenware with yellow glaze and dark blue underglaze, 9 1/2 x 7 x 6 | $ 1,620.00 | DAX |
| SFA | Frances Palmer, WF32 Shino Vase, 2020, wood fired porcelain, 10 x 7 x 7 | $ 3,510.00 | PICKED UP BY ASSIGNEE |
| SFA | Frances Palmer, WF4 Shino Vase, 2020, wood fired porcelain, 5 x 3 1/2 x 3 | $ 1,620.00 | PICKED UP BY ASSIGNEE |
| SFA | Frances Palmer, WF45 Shino Vase, 2020, wood fired porcelain, 7 1/2 x 3 3/4 x 3 3/4 | $ 2,340.00 | PICKED UP BY ASSIGNEE |
| SFA | Frances Palmer, WF54 Shino Vase, 2020, wood fired porcelain, 7 1/2 x 4 x 4 | $ 2,340.00 | PICKED UP BY ASSIGNEE |
| SFA | Frances Palmer, WF58 Shino Vase, 2020, wood fired porcelain, 4 1/2 x 3 1/2 x 3 1/2 | $ 1,620.00 | PICKED UP BY ASSIGNEE |
| SFA | Frances Palmer, WF59 Shino Vase, 2020, wood fired porcelain, 6 1/2 x 6 x 6 | $ 2,520.00 | PICKED UP BY ASSIGNEE |
| SFA | Frances Stark, From therealstarkiller #711, 2014, photo, 7 x 7 | $ 2,250.00 | DAX |
| SFA | Francesca DiMattio, Knot, 2005, Acrylic on paper, 18 1/4 x 14 1/4 | $ 1,918.24 | DAX |
| SFA | Gabo Guzo, Extinct in the Wild (green), 2019, 2 x bronze, 13 x 10 x 10 | $ 1,427.06 | PICKED UP BY ASSIGNEE |
| SFA | Gabo Guzo, Extinct in the Wild (silver), 2019, 2 x bronze, 13 x 10 x 10 | $ 1,427.06 | PICKED UP BY ASSIGNEE |
| SFA | Garth Weiser, Euromissile, 2012, painting, 100 x 83 | $ 30,000.00 | Uovo |
| SFA | Gedi Sibony, Untitled, 2011, paper, 8 x 10 | $ 4,500.00 | Uovo |
| SFA | Georgia Gardner Gray, Feierbend, 2018, painting, 51 x 36 | $ 12,891.00 | Uovo |
| SFA | Giovanni Garcia-French, Self-Portrait, 2012, painting, 48 x 48 | $ 3,500.00 | DAX |
| SFA | Guilia Andreani, L'Art doit peindre, 2019, paper, 10 x 7 | $ 3,425.00 | DAX |
| SFA | Guyton Walker, Dear Ketel One Drinker, 2005, paper, 11.5 x 8 | $ 1,500.00 | DAX |
| SFA | Guyton Walker, Untitled (Enjoy…), 2005, 11.5 x 8" | $ 1,500.00 | DAX |
| SFA | Guyton Walker, Untitled (Kettel One), 2005, 11.5 x 8 | $ 1,500.00 | DAX |
| SFA | Guyton Walker, Untitled (Knife), 2005, paper, 8 x 6 | $ 1,500.00 | DAX |
| SFA | Guyton Walker, Untitled (Zebra Limes Chex), 2013, sculpture edition, 23.7 x 15.83 x 4.25 | $ 8,305.72 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | | LOCATION |
|---|---|---|---|---|
| SFA | Haas Brothers, Fat Roll BellyHanging Dong Accretion 2014, ceramic, 10 x 11 x 8 | $ | 9,600.00 | PICKED UP BY ASSIGNEE |
| SFA | Haas Brothers, Outsider Artichoke, 2017, sculpture, 3 x 3 | $ | 4,050.00 | PICKED UP BY ASSIGNEE |
| SFA | Hadi Fallahpisheh, Mouse House, 2021, ceramic, ed. 10 | $ | 4,355.00 | DAX |
| SFA | Hadi Fallahpisheh, Untitled, 2021, sculpture, 22 x 17 x 17 | $ | 21,400.00 | DAX |
| SFA | Hanna Hansdotter, Incommodious, 2021, glass, 23 x 13 x 13 | $ | 6,300.00 | PICKED UP BY ASSIGNEE |
| SFA | Heji Shin, Male Chimp, 2016, photo, 31 x 20, ed 3 | $ | 5,100.00 | DAX |
| SFA | Heji Shin, You are fired, 2016, photo, 31 x 20, ed 3 | $ | 5,950.00 | DAX |
| SFA | Helen Johnson, Grist, 2014, painting, 34 x 24 | $ | 4,000.00 | DAX or Richard Wright |
| SFA | Helen Johnson, Myth clouds history, 2014, painting, 34 x 24 | $ | 5,000.00 | DAX or Richard Wright |
| SFA | Heloise Chassepot, I want to paint flowers no 9, 2022, painting, 75 x 51 | $ | 13,500.00 | DAX |
| SFA | Heman Chong, The Straits Times, 2019, painting, 79 x 51 | $ | 26,000.00 | DAX |
| SFA | Henri Paul Broyard, 1IL14, painting, 2014, 36 x 36 | $ | 4,000.00 | DAX |
| SFA | Henry Taylor, Choke Hold, 2010, box, 7 x 4 | $ | 680.00 | Uovo |
| SFA | Ida O'Keefe, Sea Shells, 1927, painting, 8 x 12 | $ | 40,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Iran do Esprito, Tubo d'Filme, sculp, 1 1/4 x 2, ed 25 | ? | | DAX |
| SFA | Isabelle Cornaro, Orgon Door II (blue), 2014, tinted elastomer, 17.32 x 33.86 x 2.36 | € | 5,400.00 | Uovo |
| SFA | Ivy Haldeman, Colossus, Knee to Elbow, Wrist Bent, Four Fingers Edge Out, 2018, painting, 84 x 58 | $ | 9,450.00 | PICKED UP BY ASSIGNEE |
| SFA | Jacob Ciocci, Charging in a Bag, 2017, sculpture | $ | 3,600.00 | DAX |
| SFA | Jacqueline Fraser, The Making of Bombshell, 2021, collage, 17 x 20 | $ | 7,200.00 | PICKED UP BY ASSIGNEE |
| SFA | Jake Clark, The Ivy, 2022, ceramic, 25 x 16 x 16 | $ | 10,400.00 | PICKED UP BY ASSIGNEE |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Jake Clark, Untitled (Key Chain), 2022, ceramic, 13 x 11 x 1 | $ 5,100.00 | PICKED UP BY ASSIGNEE |
| SFA | Jake Clark,Carneys Hot Dog on Sunset, 2021, ceramic, 15 x 11 x 11 | $ 8,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Jake Longstreth, Los Angeles Pines, 2022, prints, 45 x 31 each (4) | $ 13,925.00 | PICKED UP BY ASSIGNEE |
| SFA | Jamian Juliano Villani, Is there room for bruce, 2016, print, 24 x 18, ed 85 | $ 1,500.00 | DAX |
| SFA | Jane & Gordon Martz,  Lamp | $ 1,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Jasmine Thomas-Girvan, Bird of Paradise I, 2019, paper, 32 x 25 | $ 4,500.00 | Uovo |
| SFA | Jasmine Thomas-Girvan, Medicine for All Things,  2016, sculputre, 36 x 25 x 12 | $ 36,000.00 | David Zwirner Gallery for repair |
| SFA | Jason Krauss,Stuck Up, 2013, 16 x 12 | $ 3,500.00 | Uovo |
| SFA | Jeff Elrod, Primitive Adventure, 2013, painting, 80 x 64 | $ 50,000.00 | Uovo |
| SFA | Jen Ray, Untitled (Queens and Balloons), 2007, paper, 30 x 41 | $ 2,036.51 | Uovo |
| SFA | Jeppe Hein, Green Mirror Balloon (Light), 2017, sculpture, 16 x 10 x 10, ed 3 | $ 21,000.00 | Uovo |
| SFA | Jessie Stead, Head Stands, 2016, sculpture, 60 x 10 x 8 | $ 4,500.00 | DAX |
| SFA | Jiha Moon, BokSoonYi, 2018, ceramic, 10 x 8 x 7 | $ 2,700.00 | Mindy Solomon Gallery |
| SFA | Jiha Moon, Pink Peach, 2019, ceramic, 9 x 6 x 4 1/2 | $ 2,700.00 | Mindy Solomon Gallery |
| SFA | Jiha Moon, Yellowave (crescent moon), 2020, Ceramic, 6 x 6 x 12 | $ 2,700.00 | DAX |
| SFA | Jiha Moon, Yellowave (grey) 2019, ceramic, 6 x 6 x 12 | $ 2,700.00 | DAX |
| SFA | Jim Lambie, Jumping Jack,  2014, paper, 71 x 27 | $ 24,500.00 | Uovo |
| SFA | Jim McDowell, Spike, 2015, ceramic, 10 x 9 | $ 5,850.00 | DAX |
| SFA | Joe Zorrilla, February, 2013, painting, 14 x 19 | $ 1,350.00 | DAX |
| SFA | Joel Mesler, 2021, print, 40 x 30, ed 45 | $ 4,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Joel Mesler, Bananas, 2021, painting, 80 x 70 | $ 150,000.00 | JKL Worldwide Storage |

Q. #21

| OWNER | DESCRIPTION | COST | | LOCATION |
|---|---|---|---|---|
| SFA | Johanna Jackson/Chris Johanson, 2022, Bench x 4 and table, 18 x 20 x 20 (2), 18 x 18 x 69 (2), 30 x 35 x 77 | $ | 28,350.00 | DAX |
| SFA | John Kelsey, Untitled (cell phone) 2008, paper, 14 x 11 | € | 1,080.00 | DAX |
| SFA | John Seal, I Upon My ...., 2015, painting, 39 x 32 | $ | 9,600.00 | DAX |
| SFA | John Sheehy, Having a Ball, ceramic, 8 x 13 x 2 | $ | 1,000.00 | DAX |
| SFA | John Sparagana, Reverse Ted Kennedy Funeral/ Andy Warhol Flowers, 2011, paper, 21 x 32 | $ | 4,800.00 | Uovo |
| SFA | John Sparagana, Ted Kennedy Funeral/ Andy Warhol Flowers, 2011, paper, 21 x 32 | $ | 4,800.00 | Uovo |
| SFA | Jon Joanis, Night Rainbow in Valley, 2020, paper, 10 x 14 | $ | 600.00 | PICKED UP BY ASSIGNEE |
| SFA | Jonas Wood, Untitled, 2021, blanket | $ | 2,068.00 | PICKED UP BY ASSIGNEE |
| SFA | Jonas Wood, Yellow and Orange Orchid Clipping, 2018, rug, 66 x 48, ed 30 | $ | 13,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Jonathan Muecke, table | $ | 24,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Jordan Wolfson, 2017, print, 27 x 20, ed. 25 of 35 | ? | | PICKED UP BY ASSIGNEE |
| SFA | Jordan Wolfson, 2017, print, 27 x 20, ed. 26 of 35 | ? | | PICKED UP BY ASSIGNEE |
| SFA | Jos de Gruyter & Harald Thys, Bended White Element, 2015, sculpture, 61 x 25 x 32 | $ | 26,250.00 | DAX |
| SFA | Josef Strau, Affliction, 2018, painting, 12 x 9 | $ | 9,600.00 | PICKED UP BY ASSIGNEE |
| SFA | Josh Smith, Untitled (JSC08800), 2008, painting, 48 x 36 | $ | 5,000.00 | Uovo |
| SFA | Joshua Mitchell, Blue Spice, 2018, painting, 9 x 12 | $ | 900.00 | DAX |
| SFA | Joshua Mitchell, Pale rose, 2018, painting, 9x 12 | $ | 900.00 | DAX |
| SFA | Joshua Mitchell, Untitled, 2017, 14 x 11 | $ | 450.00 | DAX |
| SFA | Joshua Mitchell, Untitled, 2017, 14 x 11 | $ | 450.00 | DAX |
| SFA | Joy Gerrard, Protest Crowd, 2017, drawing, 7 x 12 | $ | 3,500.00 | DAX |
| SFA | JP Munro, Untitled, 2003, paper | ? | | Uovo |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|-------|-------------|------|----------|
| SFA | Judith Bernstein, Dick in a Head, 2014, 41 x 29 | $ 8,000.00 | Uovo |
| SFA | Judy Chicago, What if Women Ruled the World?, 2020, print, 75 | $ 4,050.00 | DAX |
| SFA | Julian Rogers, Liquid, Solid, Gas, 2021 Oil on canvas 60 x 48" | $ 8,232.00 | PICKED UP BY ASSIGNEE |
| SFA | Julien Ceccaldo, See Thru, 2014, glass/painting, 40 x 60 | $ 7,500.00 | DAX |
| SFA | Karen Barbour, Black Cat: Charm all...2021, paper, 30 x 22 | $ 1,600.00 | PICKED UP BY ASSIGNEE |
| SFA | Karen Barbour, Golden Fur Night Terror, 2021, paper, 22 x 30 | $ 1,600.00 | PICKED UP BY ASSIGNEE |
| SFA | Karen Barbour, Pink Frog, 2020, painting20 x 18 | $ 2,250.00 | PICKED UP BY ASSIGNEE |
| SFA | Karen Barbour, The Earth has a vicious Mind,2022, paper, 30 x 22 | $ 2,550.00 | PICKED UP BY ASSIGNEE |
| SFA | Karen Barbour, When Night Comes…, 2022, paper, 30 x 22 | $ 2,550.00 | PICKED UP BY ASSIGNEE |
| SFA | Karin Gulbran, Untitled (small fishbowl with gold fish) 2019, ceramic, 7 x 7 x 4 | $ 4,500.00 | DAX |
| SFA | Karsten Konrad, Caravan Catwalk, 2006, sculpture, 36 x 52 x 22 | $ 7,168.00 | Uovo |
| SFA | Kate Klingbeil, Diggin Myself Out, 2021, painting, 59 x 83 1/4 x 2 | $ 10,800.00 | Uovo |
| SFA | Kate Klingbeil, Sedimental, 2021, painting, 60 1/4 x 84 x 3 1/2 | $ 10,800.00 | Uovo |
| SFA | Katherine Bradford, Hand Shake, 2019, painting, 80 x 126 | $ 76,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Katherine Bradford, Purple Surf Boards, 2020, paper, 14 x 14 | $ 7,650.00 | PICKED UP BY ASSIGNEE |
| SFA | Katherine Bradford, Swimteam Coach, 2022, painting, 17 x 21 | $ 16,650.00 | PICKED UP BY ASSIGNEE |
| SFA | Kati Heck, Skizze Einladung, 2021, drawing, 24 x 18 | $ 11,390.00 | PICKED UP BY ASSIGNEE |
| SFA | Katie Grannan, Brandi, 2003, photo, 20 x 16 | $ 800.00 | DAX |
| SFA | Katie Stout, 2018, Large Pink Lady, lamp, 54 x 12 x 24 | $ 40,500.00 | DAX |
| SFA | Katie Stout, Eye Rug, 2013, Rug, 44 x 72 | $ 2,500.00 | DAX |
| SFA | Katie Stout, TP Lady, 2021, ceramic, 7 x 11 x 3 | $ 1,800.00 | DAX |
| SFA | Katja Novitskova, Pathfinder, 2014, sculpture | $ 4,200.00 | Uovo |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Kayode Ojo, L'Amant Double, 2018, sculpture, variable | $ 12,000.00 | DAX |
| SFA | Kayode Ojo, No. 5 The Film, 2019, sculpture | $ 4,500.00 | DAX |
| SFA | Kayode Ojo,Closed Audition, 2018, photo, 40 x 28 | $ 3,600.00 | DAX |
| SFA | Kazumi Nakamura, A Bird in Its Existence, 206/17, painting, 76 x 52 | $ 38,700.00 | DAX |
| SFA | Kelley Walker, Schema (Aquafresh), 2005, poster/cd, ed 5 | $ 6,000.00 | DAX |
| SFA | Kelley Walker, Self Portrait Head, 2010, edition, ed 35 | $ 4,900.00 | Uovo |
| SFA | Kelly Akashi, Plumb Life Form, 2019, sculpture, 38 x 21 x 8 | $ 12,000.00 | Uovo |
| SFA | Kerstin Bratsch, Glow Rod Tanning, 2012, offset print, on nine PVC film,  11.7 x 8.3 | ? | PICKED UP BY ASSIGNEE |
| SFA | Kerstin Bratsch, Untitled, 2010, plexi, 25 x 18 | $ 1,755.00 | Uovo |
| SFA | Kevin Johnson, The Jenga Building, 2021, 24 x 19, paper | $ 2,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Kianja Strobert, Untitled, 2006, painting, 61 x 47 | $ 4,800.00 | Phillips Auction House |
| SFA | Kim Frakas, 21-20, 2021, sculpture/light, 39 x 34 x 8 | $ 7,500.00 | DAX |
| SFA | Kirsten Morgin, Marilyn Monroe, 2018, ceramic, 8 1/2 x 5 3/4 x 1 1/2 | $ 6,240.00 | PICKED UP BY ASSIGNEE |
| SFA | Kiyoshi Tsuchiya, Green Book and Pink Chair, 2022, painting, 24 x 22 | $ 3,600.00 | DAX |
| SFA | Kris Martin, End-point of La Tulipe Noire, 2007, drawing, 22 x 17 | $ 2,443.00 | Uovo |
| SFA | Kyung Jeon, Draw Out Pull Tape, 2003, paper, 13 x 9.5 | $ 400.00 | Uovo |
| SFA | Kyung Jeon, Envelopes: Atsumi Letter, 2010, drawing on envelope, 12 1/4 x 7 | ? | DAX |
| SFA | Laura Owens, Unitled (smiley emoji), 2019, ceramic, 2 x 2 | $ 1,524.00 | PICKED UP BY ASSIGNEE |
| SFA | Laura Owens, Untitled (Emoji),  2014, print, ed 100, x 2, 20 x 16 | $ 214.66 | Uovo |
| SFA | Laura Owens, Untitled (Googly Eyes) , 2014, print,     9 1/2 x 9 1/2 | £ 200.00 | Uovo |
| SFA | Laurence Pilon, Well Rested despite all of the above, 2022, painting, 63 x 51 | $ 9,612.00 | Uovo |
| SFA | Lena Henke, Yes I am Pregnant, 2014, phto, 43 x 34 x 4 | $ 6,300.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | | LOCATION |
|---|---|---|---|---|
| SFA | Ligoranoreese, History of Art Snow Globe Set, 2019, snowglobes set of 20 | $ | 8,090.00 | PICKED UP BY ASSIGNEE |
| SFA | Lilla Tabasso, Muretto Erbacce, 2019-2020, glass, | € | 6,090.00 | PICKED UP BY ASSIGNEE |
| SFA | Lilla Tabasso, Ranuncoli, 2021, glass, 11 x 13 | € | 6,160.00 | PICKED UP BY ASSIGNEE |
| SFA | Lilla Tabasso, Vanitas Agapanthus Small, 2020, glass, 13 3/4 x 13 1/4 | € | 4,350.00 | PICKED UP BY ASSIGNEE |
| SFA | Linder, The Goddess Who Has Arrows, 2019, photo/collage, 10 x 8 | $ | 4,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Linder, The Goddess Who Makes the Dead Alive, 2019, photo/collage, 10 x 8 | $ | 4,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Linder, The Goddess Who Wears the Crescent, 2019, photo/collage, 10 x 8 | $ | 4,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Lisa Edelstein, Interruption, 2022, paper, 32 3/4 x 42 3/4 | $ | 2,865.00 | PICKED UP BY ASSIGNEE |
| SFA | Lisa Tan, Sitting on Top of the World, 2007, c-print, 9 3/4 x 9 3/4 | $ | 700.00 | Uovo |
| SFA | Liz Collins/Harry Allen, Chain Chair Pair, 2017, Chair | $ | 10,800.00 | Uovo |
| SFA | Liz Magic Laser, Of Gesture...2015, sculpture, 15 x 9 x 9 | $ | 7,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Liz Swig/Cindy Sherman, SPA, 2019, necklace, ed. 15 | $ | 18,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Liz Swig/Rashid Johnson, Gold Military Tag from "Anexious Men" necklace, 2020, ed 2/25 | $ | 11,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Liz Swig/Rashid Johnson, Signet Ring for Anxious Men , 2020, ed 7/25 | $ | 9,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Lorna Robertson, Big Bright, 2022, paper, 42 x 59 | $ | 8,600.00 | Uovo |
| SFA | Lucas Knipscher, Second Mouse, 2012, painting, 48 x 30 | $ | 6,750.00 | Uovo |
| SFA | Lucy Raven, PR4, 2014, print, 22 x 40, ed 30 | $ | 2,000.00 | DAX |
| SFA | Lui Shiyuan, Best Friends Forever, 2017, video, ed | $ | 2,000.00 | DAX |
| SFA | Luisa Lambri, Untitled, 2004, photo, 40 x 33, ed 5 | $ | 9,450.00 | Uovo |
| SFA | Lyn Diefenbach, Pretty in Pink, pastel, 8 1/4 x 19 1/2 | $ | 2,933.33 | DAX |
| SFA | Lyn Diefenbach, Symphony of Light, pastel, 18 x 18 | $ | 2,933.33 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | | LOCATION |
|-------|-------------|------|---|----------|
| SFA | Lyn Diefenbach, Timeless Beauty, pastel, 12 1/2 x 23 | $ | 2,933.33 | DAX |
| SFA | Marc Kokopeli,Tourist, 2020, sculpture, 16 x 12 x 14 | $ | 4,950.00 | DAX |
| SFA | Marcia Schvartz, Flor de Rio, 2004, painting, 47 x 35 | $ | 14,400.00 | PICKED UP BY ASSIGNEE |
| SFA | Margaret Lee, B.I. 14, 2020, painting, 68 x 50 | $ | 17,000.00 | Jack Hanley Gallery, NY |
| SFA | Marina Perez Simao, Untitled, 2021, edition/textile, 63 x 50, ed 30 | $ | 6,808.00 | PICKED UP BY ASSIGNEE |
| SFA | Mark Verabioff, Art & Language Collage, 2006, 14 7/8 x 12 | $ | 1,300.00 | Uovo |
| SFA | Mark Verabioff, Screw It Blum Said, 2007 Vinyl, 22 x 98" | ? | | Uovo |
| SFA | Mark Verabioff, Shut Up, Vinyl, 2000, ed 4/10 | $ | 1,600.00 | Uovo |
| SFA | Mark Yang, Cad, Han, Ind, 2021, painting, 72 x 54 | $ | 22,000.00 | Uovo |
| SFA | Marlie Mul, Cigarette Ends Here, 2014, silk, 85 x 52 | $ | 3,775.00 | Uovo |
| SFA | Martin Soto Climent, DIA shoes, 2009, sculp, 8 x 14 x 10 | $ | 4,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Martin Soto Climent, Tights on canvas, 2009, painting, 35 x 24 | € | 2,700.00 | Uovo |
| SFA | Maryam Yousif, Floating Away, 2022, ceramic, 17 x 16 x 8 | $ | 4,212.00 | DAX |
| SFA | Masanori Tomita, Crutch, 2022, painting, 36 x 29 | € | 5,400.00 | Uovo |
| SFA | Mathieu Malouf, Passagen II, 2015, painting, 56 x 44 | $ | 12,750.00 | Uovo |
| SFA | Matteo Callegari, Black Heart, 2019, painting, 35 x 44 | $ | 9,600.00 | DAX |
| SFA | Matteo Callegari, Objective Ambivalence, 2018, paintin, 66 x 51 | $ | 8,000.00 | DAX |
| SFA | Matteo Callegari, Untitled, 2015, painting, 17 x 11 | $ | 2,500.00 | Uovo |
| SFA | Matthew Cole, 2020, painting, 29 x 38 | $ | 2,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Matthew Cole, 2021, painting, 30 x 40 | $ | 2,700.00 | PICKED UP BY ASSIGNEE |
| SFA | Maurizio Catelan, light, 7 x 5 x 3, ed. 500 | $ | 600.00 | PICKED UP BY ASSIGNEE |
| SFA | Max Brand, Untitled, 2014, paper, 13 x 10 | $ | 1,760.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Max Hooper Schneider, Lisa's Emergency, 2019, sculpture, 59 x 15 x 13 | $ 20,000.00 | DAX |
| SFA | Max Hooper Schneider, Pomacea Snail System, 2013, tank, 11 x 14 x 9 | $ 9,000.00 | DAX |
| SFA | Max jansons, Renaissance Smile, 2017, painting, 41 x 36 | $ 13,500.00 | DAX |
| SFA | Max Jansons, The Gunslinger, 2018, painting, 41 x 36 | $ 12,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Megumi Shinozaki, Bag S Poppy, 2020, paper sculpture | $ 144.00 | PICKED UP BY ASSIGNEE |
| SFA | Megumi Shinozaki, Spray Rose, 2020, paper sculpture | $ 144.00 | PICKED UP BY ASSIGNEE |
| SFA | Megumi Shinozaki, Stephanotis, 2020, paper sculpture | $ 144.00 | PICKED UP BY ASSIGNEE |
| SFA | Meredith Sparks, Untitled Joey, 2007, painting, 12 x 17 | $ 2,000.00 | Uovo |
| SFA | Meret Oppenheim, Nachtimmel mit... 1971, print, 31 x 25 | $ 2,500.00 | DAX |
| SFA | Merlin James, Birds, 2019, drawing, 14 x 18 | $ 1,530.00 | PICKED UP BY ASSIGNEE |
| SFA | Meta Isaeus-Berlin, Ett Slags Paradis, 2013, painting, 51 x 45 | $ 11,250.00 | DAX |
| SFA | Michael Dumontier, Untitled, 2003, paiper, 11 x 8 | $ 400.00 | Uovo |
| SFA | Michelle Blade, Solid & Liquid, Sonoma, 2020, painting, 25 x 24 | $ 2,000.00 | DAX |
| SFA | Michelle Blade, The Puddle, 2020, painting, 56 x 39 1/2 | $ 4,480.00 | DAX |
| SFA | Michelle Blade, Toward Silence/Verdugo Park, 2020, painting, 50 x 40 | $ 4,800.00 | DAX |
| SFA | Mika Tajima, Death I nthe Afternoon, 2015, edition, 10 3/4 x 8 x 12 | $ 2,250.00 | DAX |
| SFA | Misha Kahn, Table Lamp, 2015, bronze, 17 x 18 x 4 | $ 11,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Mitchel Algus, Tottenville, 1989, painting, 24 x 17 7/8 | $ 7,200.00 | DAX OR UOVO |
| SFA | Mitchell Algus, The Anit-Sea #7, 2017, 24 x 14 x 17 | $ 5,400.00 | DAX |
| SFA | Mitchell Algus, The Anti-Sea #11.2, 2017, sculpture, 24 x 13 x 14 1/2 | $ 5,400.00 | DAX |
| SFA | Mitchell Algus, Untitled (Abattoir), 1987, 24 x 17 7/8, painting | $ 7,200.00 | DAX |
| SFA | Morag Keil, Computer 6, 2016, painting 24 x 18 | $ 5,950.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | | LOCATION |
|---|---|---|---|---|
| SFA | Moyna Flannigan, No Place Like Home #39, 2007, pastel, 6 1/8 x 6 7/8 | $ | 1,080.00 | Uovo |
| SFA | Moyna Flannigan, No Place Like Home, 2007, pastel, 12 3/8 x 11 | $ | 1,760.00 | Uovo |
| SFA | Nadia Ayari, Loop III, 2021, painting, 60 x 60 | $ | 18,000.00 | Uovo |
| SFA | Nan Goldin,1st Days in Quarantine, 2020, photo, 40 x 53, ed1 of 3 | $ | 32,400.00 | PICKED UP BY ASSIGNEE |
| SFA | Nathalie Djurberg, Waterfall Variation, 2015, print, 40 x 28, ed 40 | $ | 2,743.00 | DAX |
| SFA | Navid Nuur, Untitled, 2014, painting, 72 x 54 | $ | 27,492.30 | Uovo |
| SFA | Nick Byrne, Untitled, 2007, painting, 19.69 x 13.78 | $ | 6,533.00 | Uovo |
| SFA | Nicole Wittenberg, Cliff Walk Study, 2021, painting, 25 x 33 | $ | 10,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Nicole Wittenberg, Stefania 3, 2021, pastel, 23 x 19 | $ | 2,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Nicole Wittenberg, Storym Weather, 2020, pastel, 15 1/2 x 15 1/2 | $ | 3,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Nikolas Gambaroff, Untitled, 2008, 39.4 x 31.5, painting | $ | 2,800.00 | Uovo |
| SFA | Nikolas Gambaroff, Untitled, 2011, painting, 20 x 14 | $ | 4,400.00 | Uovo |
| SFA | Nora Turato, 2022, print, 23 x 16 | $ | 2,060.00 | PICKED UP BY ASSIGNEE |
| SFA | Oksana Todorova, Cherry Stoli, 2016, ceramic, 13 x 4 | $ | 2,700.00 | DAX |
| SFA | Oliver Payne, 2013, video | $ | 14,400.00 | PICKED UP BY ASSIGNEE |
| SFA | Orly Cogan Quilt | ? | | Uovo |
| SFA | Orly Genger, Untitled, 2003, drawing, 15 x 11 | $ | 900.00 | Uovo |
| SFA | Owen Fu, Little little princess, 2018, painting, 26 x 22 | $ | 6,480.00 | DAX |
| SFA | Pae White, 2014, necklace, ed 100 | $ | 750.00 | PICKED UP BY ASSIGNEE |
| SFA | Parker ito, 6/6, 2018, painting, 80x 60 | $ | 31,500.00 | Uovo |
| SFA | Parker Ito,Capirtol Records, 2016, painting, 64 x 46 | $ | 9,000.00 | DAX |
| SFA | Patrick Jackson, Rainbow Rock, 2014, ceramic 8 x8 13 | $ | 5,000.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | | LOCATION |
|---|---|---|---|---|
| SFA | Paul Lee, Purple Water, 2018, painting, 60 x 40 | $ | 16,000.00 | DAX |
| SFA | Paul Pfeiffer, Company of Angels, 2007, 12 1/2 x 16 1/2, ed of 230 | £ | 50.00 | PICKED UP BY ASSIGNEE |
| SFA | Paul Pfeiffer, Four Horseman of the Apocalupse, 2001/18, photo, 72 x 58 | $ | 35,000.00 | DAX |
| SFA | Paulo Nazareth, Untitled 2020, photo, 31 x 23 5/8 each (2) | $ | 15,300.00 | DAX |
| SFA | Peter Brock, 2022, painting, 9 x 12 | $ | 1,800.00 | PICKED UP BY ASSIGNEE |
| SFA | Peter Doig, 2018, print, 24 x 18, ed 75 | $ | 900.00 | PICKED UP BY ASSIGNEE |
| SFA | Peter Sacks, Migration, 2009, painting, 39 x 39 | $ | 14,400.00 | DAX |
| SFA | Peter Wachtler, I don't want to die, 2016, paper, 72 x 92 | $ | 20,000.00 | Reena Spaulings Gallery |
| SFA | Philippe Malouin, 2019, phone, 6 x 9 x 7 | $ | 6,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Philippe Parreno, 10 x 13 | $ | - | PICKED UP BY ASSIGNEE |
| SFA | Phillip Taafe, Acerodont, 2007, paper, 21 x 17 | $ | 12,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Phillip Zach, Friends with benefits, painting, 2013, 28 x 30 | $ | 2,040.00 | Uovo |
| SFA | Pierre Yovanovitch, 2013, lamp, 50 x 9 | $ | 19,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Porky Hefer, 2018, Great White Shark, 86 5/8 x 59 1/8 x 50 7/8" | $ | - | DAX |
| SFA | Porky Hefer, 2018, Polar Bear, 118 x 78 3/4 x 15 3/4 | $ | - | DAX |
| SFA | Porky Hefer, 2018, whale chair, 102 x 55 x 55 | $ | 37,000.00 | DAX |
| SFA | R.H. Quaytman, McGuffin for the ICA Boston, print, 12 x 20, ed 10 | $ | 500.00 | DAX |
| SFA | R.H. Quaytman, O Topico, Chapter 27, 2014, painting, 20 x 20 | $ | 20,000.00 | Gladstone Gallery, NY |
| SFA | Ragna Bley, Edine Relative, 2015, painting, 98 x 70 | $ | 14,918.74 | Uovo |
| SFA | Ragnar Kjartansson, Performance Sketches, 2009, prints, 11 x 14, ed 30 | $ | 2,500.00 | DAX |
| SFA | Reena Spaulings Enigma 4, 2011, painting, 22 x 44 | $ | 5,000.00 | Uovo |
| SFA | Rich Mnisi, 2021, carpet, 197 x 148 x 12 | $ | 18,600.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Richard Aldrich, 2007, painting, 14 x 10 | $ 10,000.00 | Uovo |
| SFA | Richard Marquis,Marquiscarpa 02-7,  2002, glass, 8 x 4 x 3 | $ 16,200.00 | DAX |
| SFA | Richard Prince, Stormy, 2018, print, 33 x 26 | $ 515.00 | Picked up from 45 White or at DAX, Uovo |
| SFA | Richard Prince, Untitled (Hippie Drawing), 1997, paper, 29 x 22 | $ 54,000.00 | Uovo |
| SFA | Rirkrit Tiravanija, Untitled (box of 15 Stencils) 2014, prints, 6 x 12 x 12 | $ 6,000.00 | DAX, UOVO, or never picked up from gallery |
| SFA | Rirkrit Tiravanija, Untitled, 2020, painting, 12 x 12 | $ 16,200.00 | PICKED UP BY ASSIGNEE |
| SFA | Rirkrit Tiravanija, Untitled, 2021, print, 30 x 20 | $ 514.00 | PICKED UP BY ASSIGNEE |
| SFA | Robert Fontenot, Nauseau, embroidery, 9 7/8 x 12 7/8 | $ - | Uovo |
| SFA | Robert Mapplethorpe, Snakeman, 1981, photo, 16 x 20, ed 15 | $ 12,750.00 | DAX |
| SFA | Roe Ethridge, Untitled (Point Break), 2010, photo, 35 x 24, ed 5 | $ 9,000.00 | Uovo |
| SFA | Roni Horn, water, 2007, print, ed | $ 2,000.00 | Uovo |
| SFA | RP Miller Banquet | $ 50,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Ruby Stiler, Presenting, 2006, sculpture, 22 1/2 x 46 x 31 | $ 2,250.00 | Uovo |
| SFA | Sam Anderson, Helpful Waitress Angel, 2016, sculpture, 20 x 17 x15 | $ 7,500.00 | Uovo |
| SFA | Sam McKinniss, Bouquet, 2019, pastel, 9 x 12 | $ 3,000.00 | DAX |
| SFA | Sam McKinniss, Pansies in a Basket, 2019, paper, 9 x 12 | $ 3,500.00 | DAX |
| SFA | Sanae Arraqas, Isolation, 2021, painting, 35 x 47 | $ 7,000.00 | DAX |
| SFA | Sanya Kantarovsky, 2018, monotype, 23 x 19 | $ 10,750.00 | DAX |
| SFA | Sanya Kantarovsky, 2018, monotype, 23 x 19 | $ 10,750.00 | DAX |
| SFA | Sanya Kantarovsky, A, 2018, paper, 15 x 11 | $ 8,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Sanya Kantarovsky, Abuse, 2018, monotype, 23 x 19 | $ 8,000.00 | DAX |
| SFA | Sanya Kantarovsky, Doxed, 2018, monotype, 23 x 19 | $ 10,000.00 | DAX |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Sanya Kantarovsky, Pumpkin, 2022, print 27 x 20, ed 100 | $ - | Texte Zur Kunst |
| SFA | Sara Boccaccini Meadows, Malibu Creek, 2021, painting, 26 x 20 | $ 3,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Sara Greenberger-Rafferty, Shampoo, 2009, photo, 24 x 20 | $ 2,800.00 | Uovo |
| SFA | Sara Issakharian, Silent Response, 2021, painting, 78 x 96 | $ 23,400.00 | Uovo |
| SFA | Scott Olsen, Untitled, 2007, 16 x 11 | $ 2,700.00 | Uovo |
| SFA | Sculpture Center Limited Edition portfolio 2010 | $ 2,000.00 | DAX |
| SFA | Serai Delfandahl, 2019 ceramic, 15 x 13 x 12 | $ 8,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Seth Price, 2006, paper, 11 x 8 | $ 1,350.00 | Uovo |
| SFA | Shahryar Nashat, Boyfriend, 2022, painting, 15 x 13 | $ 17,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Shahryar Nashat, Untitled, 2018, painting, 42 x 34 | $ 22,750.00 | Uovo |
| SFA | Sharmistha Ray, There are no fixed points, 2011, painting, 72 x 72 | $ 10,000.00 | Uovo |
| SFA | Shio Kusaka, Group 13, 2014, ceramics, 4 pieces | $ 3,095.00 | Uovo |
| SFA | Simon Denny, New Management Memorial, 2014, photo, 26 x 36 | $ 2,000.00 | Uovo |
| SFA | Simon Fujiwara, Who's Whoggenheim, 2022, paper set, 40 x 80 | $ 50,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Simon Fujiwara, Who's Whorinal, 2022, paper, 42 x 31 | $ 14,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Simone Shubuck, Swimming Thru, 2003, paper, 10 x 7 | $ 3,000.00 | Uovo |
| SFA | Simone Shubuck, Bird Purse, 17 x 17.5 x 10.25 | $ 300.00 | Uovo |
| SFA | Simone Shubuck, Fuck You Panties, 2003, paper, 9.5 x 7.5 | $ 750.00 | Uovo |
| SFA | Simone Shubuck, Manga Schiele with Marni Accessories, 2005, paper, 23.5 x 18.75 | $ 2,500.00 | Uovo |
| SFA | Simone Shubuck, Untitled, 9.5 x 7.5, paper | $ 750.00 | Uovo |
| SFA | Soimadou Ibrahim, Cornish Colors, 2021, paper, 23 x 16 | $ 2,400.00 | PICKED UP BY ASSIGNEE |
| SFA | Spencer Sweeney, Untitled (Checking out the Fridge) 2022, print, 32 x 20, ed 50 | $ 500.00 | Texte Zur Kunst |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Steen Ipsen, Tied Up 9, 2019, ceramic/PVC, 16 x 22 x 11 | $ 12,500.00 | PICKED UP BY ASSIGNEE |
| SFA | Stephanie Temma Hier, Seen and Not Seen, 2021, painting, 31 x 23 x 7 | $ 10,150.00 | DAX |
| SFA | Sue Tomkins, RA,2014, painting, 24 x 20 | $ 7,875.00 | Uovo |
| SFA | Suzanne McClelland *2, paper | $ 500.00 | Uovo |
| SFA | Takuro Kuwata, 2014, ceramic 5 x 5 x 5 | $ 3,250.00 | DAX |
| SFA | Tal R, 2007, Nam Nam, drawing, 9 x 13 | $ 2,000.00 | DAX |
| SFA | Tal R, Pyjamas, 2011, print, 45 x 23, ed 12 | $ 3,750.00 | Uovo |
| SFA | Talia Chetrit, Hand/Sculpture, 2010, photo, ed 4 | $ 2,700.00 | DAX |
| SFA | Tara Walters, Secret Garden, 2021, painting, 96 x 65 | $ 16,200.00 | Uovo |
| SFA | Tauba Auerbach, 2011, print, 48 x 38  (2 works) | $ 6,000.00 | DAX |
| SFA | Thomas Barger, 2019, chair, | $ 12,000.00 | DAX |
| SFA | Timothee Calame, 2017, painting, 8 x8 | $ 1,600.00 | Never picked up from gallery |
| SFA | Tom Colletti Green Wall | $ 50,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Tomma Abts, 2010, edition, 11 x 8 | $ 175.00 | PICKED UP BY ASSIGNEE |
| SFA | Tommy White x 4, paper, 30 x 24 | $ 3,000.00 | 1 @ Dax, 3 @ Uovo |
| SFA | Tony Albert, Pay Attention, 2011, paper, 29 x 22 | $ 10,000.00 | Uovo |
| SFA | Tosh Bosco, Untitled Cross, 2021, paper, 21 x 16 | $ 2,700.00 | DAX |
| SFA | Ugo rondinone, 2018, painting, 8x 10 | $ 10,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Unknown books | ? | PICKED UP BY ASSIGNEE |
| SFA | Valentina Liernur, ahhh, ah2014, painting, 48 x 33 | $ 9,000.00 | DAX |
| SFA | Vintage Moroccan Rug | $ 3,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Vintage Turkish Kilim, 1960s | $ 7,200.00 | PICKED UP BY ASSIGNEE |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Vladmir Houdek, Untitled, 2016, 40 x 3, painting | $ 5,200.00 | DAX |
| SFA | Wade Guyton, 2021, prints/box, 10 x 8, ed. 440 | $ 360.00 | PICKED UP BY ASSIGNEE |
| SFA | Wade Guyton, Artist's Ephemera, 2006, print | $ 825.00 | DAX |
| SFA | Wade Guyton, Untitled, 2009, sculpture, ed 15 | $ 5,000.00 | Uovo |
| SFA | Wade Tullier, 2021, ceramic, 6 x 4 x 5 - dog head and snakehead | $ 2,000.00 | DAX |
| SFA | Walead Beshty, Getting Maximum...2011, installation | $ 12,000.00 | Uovo |
| SFA | Walead Beshty, Selected Works, 2010, painting, 30 x 20 | $ 2,500.00 | Uovo |
| SFA | Walter Price, Untitled, 2019, Drawing, 13 x 16 | $ 4,220.00 | Greene Naftali Gallery |
| SFA | Walter Price, You get no...,2018, drawing, 10 x 13 | $ 2,750.00 | DAX |
| SFA | Will Benedict, 2011, photo, 61 x 46 | $ 9,600.00 | Uovo |
| SFA | Will Boone, 2013, painting, 60 x 76 | $ 5,000.00 | Uovo |
| SFA | Will Boone, 2014, paper, 30 x 22 | $ 5,400.00 | Uovo |
| SFA | William Obrien 2007 ceramic | $ 1,500.00 | Uovo |
| SFA | William Obrien 2007 paper 16 x 13 | $ 1,800.00 | Uovo |
| SFA | Wolfgang Tillmans, 2015, photo, 38 x 30, ed 3 | $ 25,200.00 | DAX |
| SFA | Wyatt Kahn, 2013, paper, 26 x 19 | $ 1,577.00 | DAX |
| SFA | Wyatt Kahn, Untitled 21, 2013, drawing, 8 x 10 | $ 4,500.00 | DAX |
| SFA | Yoan Mudry, Weird Feelings, 2019, painting, 36 x 48 | $ 4,800.00 | DAX |
| SFA | Yui Yaegashi, color, 2015, 7 x 4, painting | $ 1,530.00 | DAX |
| SFA | Yui Yaegashi, Divide Land, 2016, painting, 9 x 13 | $ 4,500.00 | DAX |
| SFA | Yui Yaegashi, Untitled, 2015, painting, 7 1/5 x 4 | $ 2,520.00 | DAX |
| SFA | Yui Yaegashi,Untitled, 2017, painting 9 x 6 1/2 | $ 3,100.00 | DAX |

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA | Yukimasa Ida, painting, 16 x 12 | $ 2,500.00 | DAX |
| SFA | Yukimasa Ida,Lisa  2018, painting, 39 x 39 | $ 5,600.00 | Uovo |
| SFA | Yuval Pudik, Untitled, paper, 43 3/4 x 39 3/8 | | Uovo |
| SFA | Zizipho Poswa, 2021, ceramic/bronze, 16 x 24 x 55 | $ 39,600.00 | DAX |
| SFA | Zizipho Poswa, 2021, ceramic/bronze, 9 x 5 x 4 | $ 2,850.00 | PICKED UP BY ASSIGNEE |
| SFA | Zoe Crosher, photo, 12 x 15 | $ - | Uovo |
| SFA | Zuzzana Czebatul, 2017, glass x 3, 16 x 16 x 4 | $ 3,000.00 | PICKED UP BY ASSIGNEE |
| SFA | Mark van Yetter, Untitled, 2011, paper, 12 1/2 x 15 3/4 | $ 1,000.00 | DAX |
| SFA | Matthew Cole, 2022, painting, 48 x 38 | $ 3,300.00 | PICKED UP BY ASSIGNEE |
| SFA | Yun-Ju Tsai, Harmony Everywhere, 2022, painting, 79 x 55 | $ 12,965.00 | DAX |
| | | | |
| SFA/AE 50%; Alex Errera | Rebecca Morris, Untitled, 2020, painting, 60 x 63 | $ 24,750.00 | Uovo |
| SFA/CB 50%, Candace Barasch | Adrian Berg, Beachy Head, 1994, painting 25 x 35 | $ 9,500.00 | PICKED UP BY ASSIGNEE |
| SFA/CB 50%, Candace Barasch | Adrian Berg, Gloucester Gate, 1983, painting 32 x 32 | $ 18,000.00 | PICKED UP BY ASSIGNEE |
| SFA/CB 50%, Candace Barasch | Adrian Berg, Glyndebourne III, 1990, painting, 24 x 36 | $ 6,266.00 | PICKED UP BY ASSIGNEE |
| SFA/CB 50%, Candace Barasch | Adrian Berg, Kew 20th Auguest, 1997, painting, 30 x 36 | $ 6,266.00 | PICKED UP BY ASSIGNEE |
| SFA/CB 50%, Candace Barasch | Roberto Gil de Montes, Chino, 2021, painting, 14 x 11 | $ 6,000.00 | PICKED UP BY ASSIGNEE |
| SFA/CB 50%, Candace Barasch | Soimadou Ibrahim, For Life is Not Eternal, 2021, painting, 71 x 71 | $ 10,000.00 | Uovo |
| SFA/JE 10%; Jon Ezrow | Sue Williams, Clouds, 2003, paper, 19 x 24 | $ 7,500.00 | Uovo |
| SFA/JE 10%; Jon Ezrow | Tara Donovan, Untitled (paper plates) 2006, sculpture, 34 x 43 x 40 | $ 7,500.00 | Uovo |
| SFA/JKM 50%; Jonathan Komack Martin | Ivy Haldeman, Close Up…, 2019, painting, 24 x 16 | $ 6,500.00 | JKM Possession |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA/JKM 50%; Jonathan Komack Martin | Jon Joanis, Night Rainbow 2, 2022, painting, 40 x 60 | $ 8,500.00 | JKM Possession |
| SFA/JKM 50%; Jonathan Komack Martin | Karl Holmquist, Untitled (Big Ass Painting), 2015, 71 x 71, painting | $ 7,200.00 | JKM Possession |
| SFA/JKM 50%; Jonathan Komack Martin | Kenneth Anger, Hollywood Babylon, 1975/2000, neon, 34 x 43 x 6, ed 7 | $ 11,250.00 | JKM Possession |
| SFA/JKM 50%; Jonathan Komack Martin | Nicole Wittenberg, Water Birch 4 2021, painting, 84 x 84 | $ 37,800.00 | JKM Possession |
| SFA/JKM 50%; Jonathan Komack Martin | Spencer Lewis, Untitled, 2019-21, painting, 88 x 68 | $ 25,000.00 | JKM Possession |
| SFA/LF 50%; Lauri Firstenberg | Max Jansons, Pink Cheetah, 2021, painting, 50 x 62 | $ 25,000.00 | Lauri Firstenberg has possession |
| SFA/LS 50%; Laura Solomin | Rachel Feinstein, Untitled, 2007, paper, 11 x 9 | $ 2,762.50 | Uovo |
| SFA/MD 1/3; Martine D'Anglejan Chatillon | Kelley Walker, Self Portrait Head, 2010, edition, ed 35 | $ 4,900.00 | Uovo |
| SFA/MK 50%; Marika Kielland | Lorna Robertson, We are the Robots, 2022, painting, 101 x 97 | $ 21,500.00 | Uovo |
| SFA/MS 50%; Marc Selwyn | Andrew Dadson, 2012, painting, 75 x 48 | $ 6,000.00 | Uovo |
| SFA/MS 50%; Marc Selwyn | Brie Ruais, Four Armed Compass, 2013, ceramic, 84 x 82 | $ 22,500.00 | DAX |
| SFA/MS 50%; Marc Selwyn | Gonkar Gyatso 5 x drawings (Nurture, Realm, Demonstration, Ignite, Ovation) | $ 12,500.00 | PICKED UP BY ASSIGNEE |
| SFA/SF 50%; Sima Familant | Cameron Jamie, The New Life,1996, photo group | $ 6,500.00 | DAX |
| SFA/SF 50%; Sima Familant | Cameron Jamie, Untitled, 1990, photos group | $ 6,500.00 | DAX |
| SFA/SF 50%; Sima Familant | Tamara Halpern, Untitled, 2011, painting, 90 x 70 | $ 6,500.00 | Uovo |
| SFA/TD 50%; Thomas Dane | Ella Kruglyanskaya, Staring Contest, 2014, painting, 98 x 58 | $ 21,250.00 | DAX |
| SFA/TD 50%; Thomas Dane | Larl Pittman,Untitled #4, 2007, painting, 102 x 86 | $ 112,500.00 | Uovo |
| SFA/TD/AF 1/3; Thomas Dane, Art Fund | Kelley Walker, I see Cherie, 2003, mirror, 88 x 93 | $ 100,000.00 | Thomas Dane Possession |

Q. #21

| OWNER | DESCRIPTION | COST | LOCATION |
|---|---|---|---|
| SFA/TD/MD 1/3; Thomas Dane, Martine D'Anglejan Chatillon | Lynda Benglis, Hoofers, 1971-72, sculpture, 102 x 5.5 x 4 each | $ 100,000.00 | Possession of Thomas Dane |
| | | $ 4,391,134.89 | |

**Fill in this information to identify the case:**

Debtor name        **Schiff Fine Art LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **24-10039**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **Schiff Fine Art LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **24-10039**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 74256**<br>**Cincinnati, OH 45280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$191,803.48** | **$0.00** |
|  | Date or dates debt was incurred<br>**Tax year 2022** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 74256**<br>**Cincinnati, OH 45280** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,513.94** | **$0.00** |
|  | Date or dates debt was incurred<br>**Tax Year 2020** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Schiff Fine Art LLC** | | Case number (if known) | **24-10039** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162,191.17** | **$0.00** |
|---|---|---|---|---|

**NYC Department of Finance**
**59 Maiden Lane**
**19th Fl.**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$162,191.17** | **$0.00** |
|---|---|---|---|---|

**NYC Dept. Taxation**

**Maiden Lane**
**19th Floor**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$553,706.23** | **$0.00** |
|---|---|---|---|---|

**NYS Dept. of Taxation**
**Bankruptcy Division**
**PO Box 5300**
**Albany, NY 12205-0300**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**15 Orient Gallery**
**Shelby Jackson**
**12 Jefferson Street**
**Brooklyn, NY 11206**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,000.00** |
|---|---|---|---|

**47 Canal**
**c/o Oliver Newton**
**291 Grand Street**
**New York, NY 10002**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schiff Fine Art LLC** | | Case number (if known) | **24-10039** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address**
**Adam Sheffer/Richard Grossman**
**37 West 12th Street**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$900,000.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**
**Airtonics Airconditioning**
**208 East 51st Street**
**203**
**New York, NY 10022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,769.22**

---

**3.5** | **Nonpriority creditor's name and mailing address**
**American Express**
**American Express Legal**
**PO Box 119**
**Suffern, NY 10901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6** | **Nonpriority creditor's name and mailing address**
**American Express Legal**
**American Express Tower**
**World Financial Center**
**200 Vesey Street, 22nd Fl**
**New York, NY 10285**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$509,678.00**

---

**3.7** | **Nonpriority creditor's name and mailing address**
**Art Candy LLC**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$179,643.75**

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Artnet**
**Woolworth Building,233**
**Broadway**
**New York, NY 10279**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$419.17**

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Artnet**
**Woolworth Building,233**
**Broadway**
**New York, NY 10279**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$226.81**

---

| Debtor | **Schiff Fine Art LLC** | Case number (if known) | **24-10039** |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address
**Banner Life Insurance**
**3275 Bennett Creek Avenue**
**Frederick, MD 21704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,485.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Benchmark Real Estate**
**20 East 69th, Suite 2A**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,931.49**

---

**3.12** | Nonpriority creditor's name and mailing address
**Bortolami Gallery**
**Stefania Bortolami**
**Bortolami Gallery**
**39 Walker Street**
**New York, NY 10013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,500.00**

---

**3.13** | Nonpriority creditor's name and mailing address
**BP Business Solutions**
**PO Box 1239**
**Covington, LA 70434**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.14** | Nonpriority creditor's name and mailing address
**Bradley A. Carmel Trust**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$87,100.00**

---

**3.15** | Nonpriority creditor's name and mailing address
**Bradley A. Carmel Trust**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$48,993.75**

---

**3.16** | Nonpriority creditor's name and mailing address
**Bradley A. Carmel Trust**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,976.25**

---

Debtor    **Schiff Fine Art LLC**                                    Case number (if known)    **24-10039**
          Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,531.25 |
|------|-----|-----|-----|

**Bradley A. Carmel Trust**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,562.50 |
|------|-----|-----|-----|

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409,062.50 |
|------|-----|-----|-----|

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,375.00 |
|------|-----|-----|-----|

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,750.00 |
|------|-----|-----|-----|

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,262.00 |
|------|-----|-----|-----|

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,926.25 |
|------|-----|-----|-----|

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

■ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| Debtor | **Schiff Fine Art LLC** | Case number (if known) | **24-10039** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Brian and Karen Conway**
**6 Newbury Street**
**Boston, MA 02116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,562.50**

---

**3.25** | Nonpriority creditor's name and mailing address

**Canada Gallery**
**60 Lispenard Street**
**New York, NY 10013-2000**

Date(s) debt was incurred __

Last 4 digits of account number _0910_

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**Candace Barasch**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$892,500.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Candace Barasch**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$650,000.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Candace Barasch**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$390,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address

**Candace Barasch**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$750,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Candace Barasch**
**1185 Park Avenue**
**12A**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$52,260.00**

---

| Debtor | Schiff Fine Art LLC | Case number (if known) | 24-10039 |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$32,100.00**

---

**3.32** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$48,993.75**

---

**3.33** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$158,957.50**

---

**3.34** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$707,687.50**

---

**3.35** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$33,355.00**

---

**3.36** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$225,000.00**

---

**3.37** | Nonpriority creditor's name and mailing address

Candace Barasch
1185 Park Avenue
12A
New York, NY 10128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$1,125,000.00**

---

Debtor    **Schiff Fine Art LLC**                                    Case number (if known)    **24-10039**
_____Name_____

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,024.77 |
|---|---|---|---|

**Capitol One Visa**
**PO Box 71083**
**Charlotte, NC 28272-1083**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199,631.71 |
|---|---|---|---|

**Chiong and Wan CPAs PC**
**485 Madison Avenue**
**Suite 1600**
**New York, NY 10022**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,691.54 |
|---|---|---|---|

**City National Crystal Visa**
**555 South Flower Street,**
**16 Fl.**
**Los Angeles, CA 90071**

Date(s) debt was incurred __

Last 4 digits of account number **5576**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.10 |
|---|---|---|---|

**Con Edison**
**PO Box 1702**
**New York, NY 10116-1702**

Date(s) debt was incurred __

Last 4 digits of account number **1083**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,578.88 |
|---|---|---|---|

**Crozier Fine Arts**
**525 West 20th Street**
**New York, NY 10011**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,035.00 |
|---|---|---|---|

**Daryl Simon**
**Daryl and Irwin Simon**
**875 Park Avenue, PH**
**New York, NY 10075**

Date(s) debt was incurred __

Last 4 digits of account number **6312**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,175.00 |
|---|---|---|---|

**Dax Transport**
**PO Box 254**
**Northampton, MA 01061**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Schiff Fine Art LLC | Case number (if known) | 24-10039 |
|---|---|---|---|
| | Name | | |

**3.45** Nonpriority creditor's name and mailing address

DNA Art Shipping
One Entin Road
Clifton, NJ 07014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$3,155.59**

---

**3.46** Nonpriority creditor's name and mailing address

Douglas Pick
Pick and Zabicki LLP
369 Lexington Avenue, 12 Fl.
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.47** Nonpriority creditor's name and mailing address

Field Studies Flora
1027 Grand Street
Suite 438
Brooklyn, NY 11211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$4,300.56**

---

**3.48** Nonpriority creditor's name and mailing address

Frestonian Gallery
Matt Incledon
Frestonian Gallery
2 Olaf Street
London, W11 4BE

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$3,375.00**

---

**3.49** Nonpriority creditor's name and mailing address

High Art Galerie
1 Rue Fromentin
Paris, France, 75009

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$26,453.52**

---

**3.50** Nonpriority creditor's name and mailing address

Jay Hawk Fine Art
Jayhawk Ltd. Unit D
Six Bridges Trading, Lp

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.51** Nonpriority creditor's name and mailing address

Jeanne and Thomas Hagerty
153 Brattle Street
Cambridge, MA 02138

Date(s) debt was incurred _

Last 4 digits of account number  0539

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

**$925,000.00**

---

Debtor    **Schiff Fine Art LLC**                                          Case number (if known)    **24-10039**
      Name

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$365,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190,000.00** |
|---|---|---|---|

**Jeanne and Thomas Hagerty**
**153 Brattle Street**
**Cambridge, MA 02138**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __SFA Creditors__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Schiff Fine Art LLC**
       Name                                    Case number (if known)   **24-10039**

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Jonathan Komack Martin**
**1416 Havenhurst Drive**
**6A**
**Los Angeles, CA 90046**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,500.00**

**Kaufman Repetto**
**Chiara Repetto**
**55 Walker Street**
**New York, NY 10013**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249,843.63**

**Lauren Geller**
**154 East 78th Street**
**New York, NY 10075**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number **6322**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

**Matteo Callegari**
**47 Hall Street**
**2nd Fl.**
**NY 11205**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225,000.00**

**Natalie Fuller**
**25010 Jim Bridger Road**
**Hidden Hills**
**Calabasas, CA 91302**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number **5794**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00**

**Nina Johnson Gallery**
**c/o Nina Johnson**
**6315 NW 2nd Avenue**
**Miami, FL 33150**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119.00**

**Pediatric Opthalmic Consultant**
**Mail Code 6813, PO Box 7247**
**Philadelphia, PA 19170-6815**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SFA Creditors**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Schiff Fine Art LLC**                                    Case number (if known)    **24-10039**
      Name

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,842.00 |
|---|---|---|---|

**Pranayama Framing**
**831 Dean Street**
**Brooklyn, NY 11238**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,587.50 |
|---|---|---|---|

**Principal Invidual Life Ins**

**Des Moines, IA 50392**

Date(s) debt was incurred __
Last 4 digits of account number  **2424**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
|---|---|---|---|

**PTAH Arts LLC**
**Marissa Cascarilla**
**PO Box 1112,**
**New York, NY 10159**

Date(s) debt was incurred __
Last 4 digits of account number  **6167**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**Reil-on Inc.**
**60 East Briarwood**
**Palatine, IL 60067**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,887.50 |
|---|---|---|---|

**Risk Strategies**
**Michele Deninno**
**750 Third Avenue**
**Suite 1500**
**New York, NY 10017**

Date(s) debt was incurred __
Last 4 digits of account number  **P23A**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,692.50 |
|---|---|---|---|

**Rudolfo Abularach Estate**
**Morco Antonio Abularach**
**55 Bethune Street**
**Suite 314**
**New York, NY 10014**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,538.50 |
|---|---|---|---|

**Rudy Weissenberg**
**Rudy Weissenberg**
**Ago Gallery, Av. P. De La**
**Reforma 382-INT 501,**
**Mexico City, MX 06600**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 12 of 16

Debtor   **Schiff Fine Art LLC**                                      Case number (if known)   **24-10039**
_____Name_____

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750.00** |
|---|---|---|---|

**Seffa Klein**
**1733 S. Sugarloaf Road**
**Cornville, AZ 86325**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Shelly Nemirovsky**
**25 Exeter Street**
**Boston, MA 02116**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **6178**

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,474.24** |
|---|---|---|---|

**Sotheby's Private Sales**
**1334 York Avenue**
**Attn: David Schrader**
**New York, NY 10021**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2438**

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Steven Friedfield**
**231 E 76th Street**
**New York, NY 10021**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Studio Rondinone**
**Monika Stalder**
**Ankerstasse, 120**
**CH-8004 Zurich**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,301.26** |
|---|---|---|---|

**Sulton PR**
**322 8th Avenue**
**#1702**
**New York, NY 10001**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,420.00** |
|---|---|---|---|

**The Glenmeade Trust**
**Belinda Kielland**
**Lake Towers**
**250 Bradley Place Apt 708**
**Palm Beach, FL 33480**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Schiff Fine Art LLC** | Case number (if known) | **24-10039** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address

**The Glenmeade Trust**
**Belinda Kielland**
**Lake Towers 250 Bradley Place**
**Palm Beach, FL 33480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,500.00**

---

**3.81** | Nonpriority creditor's name and mailing address

**The Glenmeade Trust**
**Belinda Kielland**
**Lake Towers 250 Bradley Place**
**Palm Beach, FL 33480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,450.00**

---

**3.82** | Nonpriority creditor's name and mailing address

**The Glenmeade Trust**
**Belinda Kielland**
**Lake Towers 250 Bradley Place**
**Palm Beach, FL 33480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$46,800.00**

---

**3.83** | Nonpriority creditor's name and mailing address

**The Glenmeade Trust**
**Belinda Kielland**
**Lake Towers 250 Bradley Place**
**Palm Beach, FL 33480**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,723.20**

---

**3.84** | Nonpriority creditor's name and mailing address

**The Stephanie Formica**
**Stephanie Connaughton**
**Stephanie Formica Trust**
**145 Clyde Street**
**Chestnut Hill, MA 02467**

Date(s) debt was incurred __

Last 4 digits of account number **6364**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,037.50**

---

**3.85** | Nonpriority creditor's name and mailing address

**Tristan and Marty Mannion**
**13 Commonwealth Avenue**
**Boston, MA 02116**

Date(s) debt was incurred __

Last 4 digits of account number **6369**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,687.00**

---

**3.86** | Nonpriority creditor's name and mailing address

**Tristan and Marty Mannion**
**13 Commonwealth Avenue**
**Boston, MA 02116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,070.40**

---

Debtor   **Schiff Fine Art LLC**
_____
Name

Case number (if known)   **24-10039**

| | |
|---|---|
| **3.87** Nonpriority creditor's name and mailing address | $23,540.00 |

**Tristan and Marty Mannion**
**13 Commonwealth Avenue**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.88** Nonpriority creditor's name and mailing address | $21,250.00 |

**Tristan and Marty Mannion**
**13 Commonwealth Avenue**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.89** Nonpriority creditor's name and mailing address | $29,085.94 |

**Tristan and Marty Mannion**
**13 Commonwealth Avenue**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.90** Nonpriority creditor's name and mailing address | $5,906.25 |

**Tristan and Marty Mannion**
**13 Commonwealth Avenue**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.91** Nonpriority creditor's name and mailing address | $52,115.78 |

**Uovo Art Storage**
**Alexandra Kelly**
**Uovo Queens Plaza**
**41-54, 22nd Street,**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.92** Nonpriority creditor's name and mailing address | $22,067.50 |

**Various Small Fees**

**812 N. Highland Avenue**
**Los Angeles, CA 90038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.93** Nonpriority creditor's name and mailing address | $574.19 |

**Verizon Business**
**263 West 23rd Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **SFA Creditors**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Schiff Fine Art LLC** | Case number (if known) | **24-10039** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.79** |
|---|---|---|---|

**Zoom**
**55 Almaden Blvd**
**San Jose, CA 95113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **SFA Creditors**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,115,405.99 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,717,812.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,833,218.53 |

| Fill in this information to identify the case: |
|---|

| Debtor name | **Schiff Fine Art LLC** |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **24-10039** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Schiff Fine Art LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **24-10039**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | _____ | Street _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | |