UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LISA SCHIFF,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10010 (DSJ) |
| In re:<br><br>SCHIFF FINE ART, LLC,<br><br>Debtor. | Chapter 7 (Involuntary)<br><br>Case No. 24-10039 (DSJ) |

**ORDER APPROVING STIPULATION (I) ALLOCATING JOINT ADMINISTRATIVE EXPENSES AND WINSTON ART GROUP'S ALLOWED PREPETITION FEES AND EXPENSES AMONG BANKRUPTCY ESTATES, AND (II) GRANTING THE ESTATE OF SCHIFF FINE ART, LLC AN ADMINISTRATIVE CLAIM IN THE ESTATE OF LISA SCHIFF**

Upon the application, dated July 27, 2026 (the "Application"), of Yann Geron, as Chapter 7 trustee (the "Schiff Trustee") in the above-captioned Chapter 7 case of Lisa Schiff ("Schiff"), and Deborah J. Piazza, as Chapter 7 trustee (the "SFA Trustee") in the above-captioned involuntary Chapter 7 case of Schiff Fine Art, LLC ("SFA"), for an order approving a stipulation (i) allocating certain joint administrative expenses and the allowed prepetition fees and expenses incurred by Winston Art Group ("WAG") among the bankruptcy estates of Schiff (the "Schiff Estate") and SFA (the "SFA Estate" and together with the Schiff Estate, the "Estates"), and (ii) granting the SFA Estate an administrative claim in the Schiff Estate; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and sufficient notice having been provided; and the Court having found and determined that the relief sought in the Application is in the best interest of Schiff, SFA, and the Estates; and the legal and factual bases set forth in the Application having established just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

***ORDERED***, that the relief requested in the Application is GRANTED; and it is further

***ORDERED***, that the Inter-Estate Allocation Stipulation[1], attached to the Application as Exhibit A, is approved in all respects; and it is further

***ORDERED***, that, in accordance with the Inter-Estate Allocation Stipulation, the Schiff Trustee is authorized to pay the SFA Estate/SFA Trustee a total of $38,345.95 ("SFA Estate's Administrative Claim") in connection with the following agreed-upon allocations: (i) payment of $16,043.16, representing 10% of all Joint Administrative Expenses billed to the SFA Estate, totaling $160,431.59, (ii) reimbursement of $2,936.00 for storage costs paid by the SFA Estate to the DAX storage facility specifically related to Schiff Estate property, and (iii) payment of $19,366.79, representing 15% of WAG's Interim Payment for Prepetition Fees and Expenses paid by the SFA Estate, totaling $129,111.91; and it is further

***ORDERED***, that SFA Estate's Administrative Claim shall be paid upon approval of this order by wire, pursuant to wire instructions provided to the Schiff Trustee by the SFA Trustee or her counsel, from the funds currently in the Schiff Estate; and it is further

***ORDERED***, that this Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: New York, New York
August 13, 2026

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

[1] Capitalized terms not otherwise defined shall have the meaning ascribed to them in the Application.