Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI, LLP**
Special Counsel to Deborah J. Piazza,
as Chapter 7 Trustee
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

**Hearing Date: September 29, 2026**
**Time: 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re:
SCHIFF FINE ART, LLC,

Debtor.
-----------------------------------------------------x

Chapter 7 - Involuntary
Case No. 24-10039 (DSJ)

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING PROPOSED SETTLEMENT BETWEEN THE CHAPTER 7 TRUSTEE AND AGO INTERIORS, INC. F/K/A RP MILLER, INC. WITH RESPECT TO ALLEGED AVOIDANCE CLAIMS**

**PLEASE TAKE NOTICE** that, upon the annexed motion, dated August 17, 2026, and the exhibits annexed thereto (the "Motion"), Deborah J. Piazza, as Chapter 7 Trustee of the estate of debtor Schiff Fine Art, LLC, by and through her undersigned special counsel, will move this Court before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on September 29, 2026 at 10:00 a.m., or as soon thereafter as counsel may be heard, for entry of an Order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and in substantially the same form as attached to the Motion as Exhibit A, approving a certain *Stipulation of Settlement*, dated as of July 31, 2026, a copy of which is attached to the Motion as Exhibit B, by and between the Trustee and AGO Interiors, Inc. f/k/a RP Miller, Inc. ("AGO Interiors") with respect to certain alleged avoidance claims, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must: (i) be made in writing; (ii) conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York (including electronic filing requirements); (iii) set forth the name and address of the objecting party, the nature and amount of any claim held against the Debtor's estate, and the specific grounds of the objection; (iv) be filed with the Court, together with proof of service thereof, with a copy delivered to the chambers of the Honorable David S. Jones at the time of filing and service by email to jones.chambers@nysb.uscourts.gov; and (v) be served upon each of the following parties so as to be received not later than seven (7) days prior to the hearing date: (a) Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, New York 10017, Attn: Eric C. Zabicki, Esq.; and (b) Snell & Wilmer, 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626, Attn: Marshall J. Hogan, Esq.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion shall take place virtually via *Zoom for Government*. Any person wishing to attend the remote hearing must register their appearance using the Court's *eCourt Appearances* tool accessible on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. no later than 4:00 p.m. the business day before the hearing date.

Dated: New York, New York
August 17, 2026

**PICK & ZABICKI LLP**
Special Counsel to Deborah J. Piazza,
as Chapter 7 Trustee

By: */s/Eric C. Zabicki*
Eric C. Zabicki, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000